# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>OR-CAL, INC., an Oregon corporation,<br><br>               Defendant. | Case No. CV 11-04100 PSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered Plaintiff Tessenderlo Kerley, Inc.'s Administrative Motion for Relief from the Order Setting Initial Case Management Conference and for Continuance of Initial Case Management Conference, and finding good cause for the request:

IT IS HEREBY ORDERED that Plaintiff Tessenderlo Kerley, Inc.'s motion is granted. The Order Setting Initial Case Management Conference and ADR Deadlines is hereby revised as follows:

(1) December 1, 2011 is the last day to: (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and the discovery plan, in accordance with Federal Rule 26(f) and ADR Local Rule 3-5; (b) file the ADR Certification signed by the Parties and Counsel, in accordance with Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b); and (c) file either the Stipulation to ADR Process or Notice of Need for ADR Phone Conference, in accordance with Civil Local Rule 16-8(c) and ADR Local Rule 3-5(b) & (c);

(2) December 15, 2011 is the last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement, in accordance with Federal Rule 26(a)(1) and Civil Local Rule 16-9; and

(3) December 22, 2011 is the initial Case Management Conference, in accordance with Civil Local Rule 16-10.

DATED: _____32 B: 14233"'_____

Paul S. Grewal

HONORABLE PAUL SINGH GREWAL

UNITED STATES MAGISTRATE JUDGE