UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

   A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related to the case assigned to me, and such case(s) shall not be reassigned to me.

**C 11-03955 CRB**  TESSENDERLO KERLEY, INC. V. D & M CHEM, INC.

**C 11-04100 PSG**  TESSENDERLO KERLEY, INC. V. OR-CAL, INC

   I find that the above case is not related to the case assigned to me. _____

Dated: Oct. 21, 2011      _____

            Judge Charles R. Breyer

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: October 21, 2011          By: _____
                                         **Deputy Clerk**